UNITED STATES DISTRICT

SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cv-14415-CIV-MIDDLEBROOKS/BRANNON

DEPARTMENT OF CHILDREN
AND FAMILIES, et al.,

    Plaintiffs,

v.

SOPHIA THELISMA, et al.,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court upon a Notice of Removal filed by Carmelo Etienne Sophia Thelisma (collectively "Defendants") on November 5, 2019. (DE 1). The Notice does not have attached state court documents and to date none have been filed. Per 28 U.S. Code § 1446, a defendant who removes a case to federal court must include with the notice of removal "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." Therefore, Defendants removal is currently defective. Defendants bear the burden of ensuring that this information is filed with the Court. Accordingly, it is hereby ORDERED and ADJUDGED that Defendants must **FILE** "a copy of all process, pleadings, and orders" served upon them, including Plaintiff's Complaint, **by December 6, 2019**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 25 day of November, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE